

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M.**, child,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

# S H O W   C A U S E   O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant timely filed the notice of appeal on February 5, 2015. Accordingly, the record was due Tuesday, February 17, 2015. *See* TEX. R. APP. P. 26.1(b), 35.1(b). Appellant filed a written request for a reporter's record on February 5, informing the reporter that the record was due within ten days. On February 6, 2015, this court also notified the court reporter, Debra Gifford, of the filing of the notice of appeal and of the date the record was due. The reporter's record was not filed.

On February 19, 2015, the clerk of this court sent Gifford a letter notifying her that the record was past due. *See* TEX. R. APP. P. 37.3(a)(1). The letter required a notification of late record be filed by February 24, or the record be filed by March 2, 2015. Gifford did not respond to our letter and did not file the record. Therefore, on March 9, we ordered Gifford to file the record by March 12, 2015.

On March 9, after receiving our order and twenty days after the record was due, Gifford communicated with the court for the first time about the record in this appeal, requesting an extension of time until April 6, 2015, to file the record. She stated the record is approximately 150 pages long, but did not indicate whether she had begun working on it.

Because this is an appeal in a suit in which termination of the parent-child relationship is in issue, it takes precedence over all other cases. TEX. FAM. CODE ANN. § 109.002(a) (West 2014). When a notice of appeal from an order terminating parental rights is filed, the reporter is required to immediately commence the preparation of the reporter's record. TEX. R. APP. P.

28.4(b)(1).  We therefore denied Gifford's requested extension of time.  Our order, dated March 11, 2015, stated:

> We **order** Debra Gifford to file the reporter's record by **March 19, 2015** (thirty days after the original due date).  Gifford must take whatever steps are necessary to comply with this order, including hiring competent assistance to prepare the record if required.

Our order advised Gifford that if the record were not filed by the date ordered, she could be ordered to appear and show cause why she should not be held in contempt.  Our order was sent to Gifford by e-mail and by First Class United States mail. The record has not been filed.

We therefore **ORDER Debra Gifford** to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on **April 23, 2015, at 2:00 p.m.**, before a panel consisting of Chief Justice Marion, Justice Chapa, and Justice Pulliam to show cause why she should not be held in criminal contempt and civil contempt of this court or otherwise sanctioned for violating this court's March 11, 2015 order by failing to file the reporter's record by March 19, 2015.

Gifford is advised that she has a right to be represented by counsel at the show cause hearing. If Gifford desires to be represented by counsel, but cannot afford one, she must so notify the court not later than April 10, 2015, and counsel will be appointed for her.

**This order does not does not affect Gifford's continuing duty to prepare and file the record in this accelerated appeal and she is ordered to do so immediately. As Gifford was previously advised, this appeal takes precedence over all other cases.**

We further **ORDER** the clerk of this court to effect personal service of this order on Debra Gifford with proof of service.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court